UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

**KENRICK G. BROOKS,**                                    Case No. 17-23917-rdd

                                                          Chapter 13

                                                                Debtor.

-------------------------------------------------------------------x

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, filed April 2, 2018 (the "Motion") of Federal National Mortgage Association (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in the real property located at 208 Ashmore Ave., Trenton, NJ 08611 (the "Property") to allow for the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on June 27, 2018, with no opposition interposed; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) and (2) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and

1

remedies in and to, the Property, including, without limitation, loss mitigation, foreclosure and eviction proceedings; and it is further

ORDERED that the Creditor shall promptly report and turn over to the chapter 13 trustee any surplus proceeds of the Property; and it is further

Dated:  July 2, 2018
       White Plains, New York

                                 /s/ Robert D. Drain
                                 UNITED STATES BANKRUPTCY JUDGE